NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
BRYANT Y. YANG (Cal. Bar No. 252943)
BRITTNEY MICHELLE HARRIS (Cal. Bar No. 294650)
VERONICA M.A. ALEGRÍA (Cal. Bar No. 290655)
Assistant United States Attorneys
International Narcotics,
Money Laundering, & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0166/0488/3493
    Facsimile: (213) 894-0142
    E-mail: bryant.yang@usdoj.gov
           brittney.harris@usdoj.gov
           veronica.alegria@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-432(A)-DSF-44 |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| JOSE PONCE SEGURA<br>  aka "Guicho," | |
| Defendant. | |

    The Court has read and considered the Stipulation for the Court to Order Detention for Defendant JOSE PONCE SEGURA ("defendant"). FOR GOOD CAUSE SHOWN, the Court hereby finds:

    Defendant's case allegedly involves a narcotics controlled substance offense with a maximum sentence of ten or more years. The Government further alleges that there is a serious risk that the defendant will flee. The Government is entitled to a rebuttable

CC:USPO

presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

The Court finds that no condition or combination of conditions will reasonably assure:

    a. the appearance of the defendant as required and/or

    b. the safety of any person or the community.

The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

The Court has considered:

    a. the nature and circumstances of the offenses) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

    b. the weight of evidence against the defendant;

    c. the history and characteristics of the defendant; and

    d. the nature and seriousness of the danger to any person or to the community.

The Court bases the foregoing findings on the following:

1. As to flight risk: Lack of bail resources, Refusal to interview with Pretrial Services, Ties to foreign countries, and Unrebutted presumption (18 U.S.C. § 3142(e)(2));

2. As to danger: Allegations in present charging document and Unrebutted presumption (18 U.S.C. § 3142(e)(2)); and

3. Defendant has submitted to detention.

IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 1, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

3